**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6742**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

KENNETH ONEAL TIMMONS, a/k/a Keno, a/k/a Kino,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior
District Judge.  (3:12-cr-00513-JFA-39; 3:15-cv-01651-JFA)

Submitted:  November 30, 2016        Decided:  December 16, 2016

Before GREGORY, Chief Judge, and MOTZ and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kenneth ONeal Timmons, Appellant Pro Se.  Stanley D. Ragsdale,
John David Rowell, William Kenneth Witherspoon, Assistant United
States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth ONeal Timmons seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Timmons has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Timmons' motions for appointment of counsel and a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before this court and argument would not aid the decisional process.

DISMISSED